**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

JUL 2 9 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| VICTOR PEREZ | § | |
| PLAINTIFF, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. **B-03-130**. |
| | § | |
| TRADE SECRET CORP. | § | |
| | § | |
| DEFENDANT. | § | |

**NOTICE OF REMOVAL**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant, Regis Corporation d/b/a Trade Secret ("Trade Secret"),[1] and files this Notice of Removal to the United States District Court for the Southern District of Texas of that certain civil action entitled *Victor Perez v. Trade Secret Corporation,* Court at Law No. 2 of Cameron County, Texas. Copies of the state court record are attached collectively as Exhibit "A." Removal is warranted pursuant to the provisions of 28 U.S.C. §1441 *et seq.* The following facts and arguments demonstrate the existence of diversity jurisdiction in this Court.

1.    On July 11, 2003, the registered agent for Trade Secret was served with a copy of the Plaintiffs' Original Petition filed in the County Court at Law No. 2 of Cameron County, Texas, as Cause No. 2003-CCI-545-B, by certified mail.

2.    The time within which Trade Secret is required by the laws of the United States, 28 U.S.C. §1446(b), to file this Notice of Removal has not yet expired.

---

[1] Plaintiff has incorrectly named Defendant.

3.     This Court has original subject matter jurisdiction over this civil action under 28 U.S.C. §1332, in that it is a civil action filed between citizens of different states wherein the amount in controversy exceeds $75,000.[2]

4.     As set forth in Plaintiffs' Original Petition, Plaintiff, Victor Perez, at the time the action was commenced, was and still is a resident of Texas.  Trade Secret at the time the action was commenced, was and still is incorporated under the laws of the State of Minnesota, with its principal place of business in Minnesota.

5.     This Notice of Removal is accompanied by a certified copy of the entire state court record, which includes a copy of all process and pleadings served upon Defendant.  As the state court record indicates, there have been no orders issued in this case.

6.     Simultaneously with the filing of this Notice of Removal, Defendant is serving written notice upon Plaintiff that this action has been removed to this Court and is filing a copy of said written notice and a copy of this Notice of Removal with the Clerk of the County Court at Law No. 2 in Cameron County, Texas, to effect removal of this action to this Court, all in conformity with 28 U.S.C. § 1446.

WHEREFORE PREMISES CONSIDERED, Trade Secret prays that this Court take jurisdiction of this action to its conclusion and to final judgment to the exclusion of any further proceedings in state court in accordance with law.

---

[2] Although Plaintiffs did not plead a specific amount of damages sought, Plaintiffs state in their Original Petition that they are seeking actual, compensatory and punitive damages in this litigation.

Respectfully submitted,

Holland & Knight, LLP
Weston Centre, Suite 2700
112 East Pecan Street
San Antonio, Texas 78205
(210) 229-3000
(210) 229-1194 FAX
(210) 229-220-3084 Alternate Fax

By: *[signature]*

E. Burke Huber, Jr.
State Bar No. 10144696
F. Denise Rios
State Bar No. 24027660

ATTORNEYS FOR DEFENDANT
TRADE SECRET

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel for all parties by certified mail, return receipt requested on this _28th_ day of July, 2003.

Reynaldo Garza, III
680 E. St. Charles, Suite 110
Brownsville, Texas 78520

*[signature]*

F. Denise Rios

# 13300_v1

3

# REYNALDO G. GARZA, III

### Attorney and Counselor at Law

680 E. St. Charles, Suite 110
Brownsville, Texas 78520
Tel. (956) 574-9502
Fax. (956) 574-9506

May 30, 2003

RECEIVED
JOE G. RIVERA
MAY 3 0 2003
CAMERON COUNTY
Time _____
By _____ Deputy
   M. Medrano

Joe Rivera
Cameron County Clerk
Cameron County Court House
974 E. Harrison Street
Brownsville, Texas 78520

RE:   **Cause No._____; VICTOR PEREZ vs. TRADE SECRET, CORP.;**
      **In County Court At Law No. ___, Cameron County, Texas.**

Dear Mr. Rivera:

Enclosed for filing, please find the "Plaintiff's Original Petition" in the above referenced case. Please file-stamp one copy and return it to my office for handling. All counsel of record have been notified of this filing.

Should you have any questions or concerns, please do not hesitate to contact the office at the number listed above..

Respectfully,

Reynaldo G. Garza, III

518301

RGG/ig
Enclosure

**A CERTIFIED COPY**
Joe G. Rivera, County Clerk
Cameron County, Texas
Page ___ of _5_





CAUSE NO. 2003-CCL-545-B

| | | |
|---|---|---|
| VICTOR PEREZ | § | IN CAMERON COUNTY |
| | § | |
| V. | § | COURT AT LAW NO. 2 |
| | § | |
| TRADE SECRET, CORP. | § | CAMERON COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **VICTOR PEREZ**, hereinafter referred to as **PLAINTIFF**, complaining of **TRADE SECRET, CORP.** hereinafter referred to as **DEFENDANT**, and for such cause of action, would respectfully show unto the Court and the Jury as follows:

### A.  DISCOVERY CONTROL PLAN

**PLAINTIFF** intends to conduct discovery under Level 2 of Texas Rule of Civil Procedure 190.

### B.  PARTIES

**PLAINTIFF, VICTOR PEREZ,** is an individual residing in Brownsville, Cameron County, Texas.

**DEFENDANT, TRADE SECRET, CORP.,** is a corporation that may be served by registered or certified mail, return receipt requested, by serving its registered agent for service, National Registered Agents, Inc. 1614 Sidney Baker Street, Kerrville, Texas, 78028.

### C.  JURISDICTION AND VENUE

The Cameron County Courts at law have jurisdiction over this cause of action pursuant to the Texas constitution Article 5 §16, The Texas Civil Practice and Remedies

A CERTIFIED COPY
Joe G. Rivera, County Clerk
Cameron County, Texas
Page  2  of  5

2003-CCL-0545B

Code §26.051. Venue is proper in Cameron County because the events made the basis of this suit occurred in substantial part or in whole in Cameron County.

## D. FACTS

**PLAINTIFF** was hired by **DEFENDANT** in July of 1999 as a beauty advisor at a Trade Secret salon located in the Mall Del Norte in Laredo, Texas. In June of 2001, **PLAINTIFF** was promoted to Manager of the Trade Secret salon located at Sunrise Mall in Brownsville, Texas and he was transferred to that location. **DEFENDANT** agreed to pay **PLAINTIFF** $1,500.00 per month salary. In November 14, 2001, after two and a half years from his initial employment and after helping with the organization and establishment of the newly opened salon in Brownsville, **PLAINTIFF** was fired. Sharlotte Kaigler, a newly appointed Area Supervisor, stated shortly before firing him that she did not trust men. Shortly thereafter, **DEFENDANT** promoted a female employee to the position occupied by **PLAINTIFF. PLAINTIFF** has filed his claim with the Equal Employment Opportunity Commission which has now given **PLAINTIFF** a right to sue letter. See Exhibit A.

## E. SEX DISCRIMINATION

**PLAINTIFF** is a male. At the time **PLAINTIFF** was fired he was earning $1,500.00 per month. **PLAINTIFF** was performing his job well, however, **DEFENDANT** fired him because of his sex, and promoted a female to replace him. These actions by **DEFENDANT** constitute discrimination based on **PLAINTIFF'S** sex and are in violation of the Texas Commission on Human rights Act, as amended, and Title VII of the Civil Rights Act of 1964,

PLAINTIFF'S ORIGINAL PETITION

A CERTIFIED COPY
Joe G. Rivera, County Clerk
Cameron County, Texas
Page 3 of 5

PAGE 2

as amended.

## F.  INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

**PLAINTIFF** will show that **DEFENDANT** acted intentionally or recklessly in firing him from his position.  It is clear that **DEFENDANT'S** actions were extreme and outrageous since his actions resulted in **PLAINTIFF** not being able to work and support himself.   All actions by **DEFENDANT** were directly against the **PLAINTIFF** and they caused him to suffer severe emotional distress.

## G.  DAMAGES

As a direct and proximate result of **DEFENDANT'S** actions, **PLAINTIFF** has suffered the following damages:

A. Lost wages;

B. Loss of future wages;

C. Mental anguish in the past;

D. Mental anguish which is probable for the future;

E. Any other damages which **PLAINTIFF** can show himself entitled to receive.

F. Additionally, the actions of **DEFENDANT**, as set out above, were carried out and constituted such an entire want of care as to constitute a conscious indifference to the rights or welfare of **PLAINTIFF**.  Because of spite, ill-will and malicious and fraudulent intent held by **DEFENDANT**, it committed certain acts calculated to cause injury and/or damage to **PLAINTIFF**.  Accordingly, **DEFENDANT** acted with malice, actual malice and/or a specific intent to injure **PLAINTIFF**.  **PLAINTIFF** is hereby entitled to recover

PLAINTIFF'S ORIGINAL PETITION

A CERTIFIED COPY
Joe G. Rivera, County Clerk
Cameron County, Texas
Page___4___of___5___

exemplary or punitive damages to deter such cruel and undignified procedures by the **DEFENDANT** in the future. Accordingly, **PLAINTIFF** requests that punitive damages be awarded against **DEFENDANT** as a result of its violations of the law.

WHEREFORE, PREMISES CONSIDERED, **PLAINTIFF**, **VICTOR PEREZ**, prays that judgment be entered against **DEFENDANT**, **TRADE SECRET, CORP.**, for an amount not to exceed the jurisdictional limits of this Court, plus interest thereon at the legal rate, for pre-judgment and post-judgment interest as allowed by law, for costs of court, and for such other relief, general or specific, legal or equitable, to which **PLAINTIFF** may show himself justly entitled.

Respectfully submitted,

By:_____

Reynaldo G. Garza, III. (Trey)
ATTORNEY AT LAW
S.B.O.T.: 24008806
680 E. St. Charles, Suite 110
Brownsville, Texas 78520
(956) 574-9502 Tel.
(956) 574-9506 Fax.

State of Texas
County of Cameron
   I, Joe G. Rivera, County Clerk of Cameron County,
Texas, do hereby certify that the foregoing is a true and
correct copy of the original now on file, and/or recorded
by me in the Civil 2003-001-545-B
Records.
By_____ 02-22-03 Date
_____ Deputy
   JOE G. RIVERA, County Clerk

518 301



A CERTIFIED COPY
Joe G. Rivera, County Clerk
Cameron County, Texas
Page____5____of__5____

PLAINTIFF'S ORIGINAL PETITION                                    PAGE 4

# CIVIL DOCKET

| NAME OF PARTIES | ATTORNEYS | KIND OF ACTION |
|---|---|---|
| VICTOR PEREZ<br><br>VS<br><br>TRADE SECRET, CORP. | (00518301) REYNALDO G. GARZA, III (TREY) (10) | SUIT ON DISCRIM |

| DATE OF ORDERS | COURT'S DOCKETS | PAPERS FILED - ( |
|---|---|---|
| | | |

State of Texas
County of Cameron
I, Joe G. Rivera, County Clerk of Cameron
County, Texas, do hereby certify that the foregoing is a
true and correct copy of the original now on file and
of record by me in the _Civil 2013 - Su_
Records.

By: _____

JOE G. RIVERA, County Clerk

A CERTIFIED COP
Joe G. Rivera, County Cl
Cameron County, Texa
Page _____ of _____

RUN DATE 07/22/03
RUN TIME 11:43 AM

VICTOR PEREZ

VS

TRADE SECRET, CORP.

*    *    *    C L E R K ' S    E N T R I E S    *    *    *

(00518301) REYNALDO G. GARZA, III (TREY) (10)

SUIT ON DISCRIM

06/02/03  ORIGINAL PETIT
06/02/03  CITATION: TRAD
06/02/03  SERVED:
06/02/03  ADVICECED ORAI
          CERTIFIED MAII
06/02/03  SHE WILL SEN
          MAIL.CITATION
06/02/03  HAND DELIVEREI

State of Texas
County of Cameron
    I, Joe G. Rivera, County Clerk of Cameron
Texas, do hereby certify that the foregoing is t
correct copy of the original now on file and/o
by me in the _____ 2003-007-
Records.

By _____
        JOE G. RIVERA, County Clerk

A CERTIFIED CO
Joe G. Rivera, County Cl
Cameron County, Texa
Page ___ / ___ of / /

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **VICTOR PEREZ** | § | |
| **PLAINTIFF,** | § | |
| | § | CIVIL ACTION NO.    **B-03-130.** |
| **vs.** | § | |
| | § | |
| **TRADE SECRET CORP.** | § | |
| | § | |
| **DEFENDANT.** | § | |

## LIST OF ALL COUNSEL OF RECORD

1.  Reynaldo G. Garza, III
    Attorney at Law
    SBT 24008806
    680 E. St. Charles, Suite 110
    Brownsville, Texas 78520
    (956 574-9502
    (956) 574-9506 FAX
    COUNSEL FOR PLAINTIFF VICTOR PEREZ

2.  E. Burke Huber, Jr.
    SBT 10144696
    F. Denise Rios
    SBT 24027660
    Holland & Knight, LLP
    Weston Centre, Suite 2700
    112 E. Pecan Street
    San Antonio, Texas 78205
    (210) 229-3000
    (210) 229-1194 FAX
    (210) 229-220-3084 Alternate Fax
    ATTORNEYS FOR DEFENDANT TRADE SECRET

# 13404_v1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **VICTOR PEREZ** | § | |
| **PLAINTIFF,** | § | |
| | § | **CIVIL ACTION NO.** B-03-130 |
| **vs.** | § | |
| | § | |
| **TRADE SECRET CORP.** | § | |
| | § | |
| **DEFENDANT.** | § | |

## INDEX OF MATTERS BEING FILED

1.   Civil Cover Sheet

2.   Notice of Removal w/ copies of state court record - "Exhibit A"
      a.   Letter to clerk from Reynald G. Garza, III dated May 30, 2003
      b.   Plaintiff's Original Petition
      c.   Civil Docket Sheet

3.   List of All Counsel of Record

4.   Index of Matters Being Filed

5.   Our Firm Check for $150.00 to cover filing fee for removal

6.   Notice of Filing of Notice of Removal to Cameron County, Texas Court

# 13402_v1



CAUSE NO. 2003-CCI-545-B

| VICTOR PEREZ | § | IN CAMERON COUNTY |
| PLAINTIFF, | § | |
| | § | |
| vs. | § | COURT AT LAW NO. 2 |
| | § | |
| TRADE SECRET CORP. | § | |
| | § | |
| DEFENDANT. | § | CAMERON COUNTY, TEXAS |

<u>NOTICE OF FILING OF NOTICE OF REMOVAL</u>

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Regis Corporation d/b/a Trade Secret ("Trade Secret")[1] in the above-styled and numbered cause, and files this its Notice of Filing of Notice of Removal and would show the Court as follows:

Pursuant to 28 U.S.C. §1446(d), Defendant, Trade Secret, files this notice to advise the court and all opposing counsel that it has filed a Notice of Removal, which is attached hereto as Exhibit "A," in the United States District Court for the Southern District of Texas, Brownsville Division. This Notice of Filing of Notice of Removal will serve to complete the removal of this case to federal court under 28 U.S.C. §1446(a)-(e), precluding further proceedings in this action.

---

[1] Plaintiff has incorrectly named Defendant.

Respectfully submitted,

Holland & Knight, LLP
Weston Centre, Suite 2700
112 East Pecan Street
San Antonio, Texas 78205
(210) 229-3000
(210) 229-1194 FAX
(210) 229-220-3084 Alternate Fax

By _F. Denise Rios_

E. Burke Huber, Jr.
State Bar No. 10144696
F. Denise Rios
State Bar No. 24027660

ATTORNEYS FOR DEFENDANT
TRADE SECRET

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel for all parties by certified mail, return receipt requested on this _28th_ day of July, 2003.

Raynaldo Garza, III
680 E. St. Charles, Suite 110
Brownsville, Texas 78520

_F. Denise Rios_

F. Denise Rios

# 13294_v1

2

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Victor Perez

**DEFENDANTS**

Trade Secret Corporation

(b) County of Residence of First Listed Plaintiff  Cameron
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed  State of Minnesota
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Reynaldo Garza, III (956) 574-9502
680 E, St. Charles, Suite 110
Brownsville, Texas 78520

Attorneys (If Known) E. Burke Huber, Jr. and
F. Denise Rios
Holland & Knight LLP
112 E. Pecan, Suite 2700
San Antonio, Texas 78205 (210)229-3000

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PLF | DEF |  | PLF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury— Med. Malpractice<br>☐ 365 Personal Injury — Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs.<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410 |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | **PRISONER PETITIONS**<br>☐ 510 Motions to Vacate Sentence<br>Habeas Corpus:<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | **LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt.Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | **SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Under 28 U.S.C. § 1441, this matter is removable based on diversity. Plaintiff is a resident of Cameron County, Texas. Defendant is incorporated and maintains its principal place of business in Minnesota.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):

JUDGE

DOCKET NUMBER

DATE
7/28/03

SIGNATURE OF ATTORNEY OF RECORD
F. Denise Rios

FOR OFFICE USE ONLY

EXHIBIT

RECEIPT # _____ AMOUN _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

JS 44 Reverse (Rev. 12/96)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44

## Authority For Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.      (a) Plaintiffs-Defendants. Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b.) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.     Jurisdiction. The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States, are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

III.    Residence (citizenship) of Principal Parties. This section of the JS-44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.     Nature of Suit. Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section IV below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

V.      Origin. Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a) Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

VI.     Cause of Action. Report the civil statute directly related to the cause of action and give a brief description of the cause.

VII.    Requested in Complaint. Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII.   Related Cases. This section of the JS-44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

Date and Attorney Signature. Date and sign the civil cover sheet.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VICTOR PEREZ | § | |
| PLAINTIFF, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. _____ |
| | § | |
| TRADE SECRET CORP. | § | |
| | § | |
| DEFENDANT. | § | |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant, Regis Corporation d/b/a Trade Secret ("Trade Secret"),[1] and files this Notice of Removal to the United States District Court for the Southern District of Texas of that certain civil action entitled *Victor Perez v. Trade Secret Corporation,* Court at Law No. 2 of Cameron County, Texas. Copies of the state court record are attached collectively as Exhibit "A." Removal is warranted pursuant to the provisions of 28 U.S.C. §1441 *et seq.* The following facts and arguments demonstrate the existence of diversity jurisdiction in this Court.

1.     On July 11, 2003, the registered agent for Trade Secret was served with a copy of the Plaintiffs' Original Petition filed in the County Court at Law No. 2 of Cameron County, Texas, as Cause No. 2003-CCI-545-B, by certified mail.

2.     The time within which Trade Secret is required by the laws of the United States, 28 U.S.C. §1446(b), to file this Notice of Removal has not yet expired.

_____

[1] Plaintiff has incorrectly named Defendant.

3.      This Court has original subject matter jurisdiction over this civil action under 28 U.S.C. §1332, in that it is a civil action filed between citizens of different states wherein the amount in controversy exceeds $75,000.[2]

4.      As set forth in Plaintiffs' Original Petition, Plaintiff, Victor Perez, at the time the action was commenced, was and still is a resident of Texas. Trade Secret at the time the action was commenced, was and still is incorporated under the laws of the State of Minnesota, with its principal place of business in Minnesota.

5.      This Notice of Removal is accompanied by a certified copy of the entire state court record, which includes a copy of all process and pleadings served upon Defendant. As the state court record indicates, there have been no orders issued in this case.

6.      Simultaneously with the filing of this Notice of Removal, Defendant is serving written notice upon Plaintiff that this action has been removed to this Court and is filing a copy of said written notice and a copy of this Notice of Removal with the Clerk of the County Court at Law No. 2 in Cameron County, Texas, to effect removal of this action to this Court, all in conformity with 28 U.S.C. § 1446.

WHEREFORE PREMISES CONSIDERED, Trade Secret prays that this Court take jurisdiction of this action to its conclusion and to final judgment to the exclusion of any further proceedings in state court in accordance with law.

---

[2] Although Plaintiffs did not plead a specific amount of damages sought, Plaintiffs state in their Original Petition that they are seeking actual, compensatory and punitive damages in this litigation.

Respectfully submitted,

Holland & Knight, LLP
Weston Centre, Suite 2700
112 East Pecan Street
San Antonio, Texas 78205
(210) 229-3000
(210) 229-1194 FAX
(210) 229-220-3084 Alternate Fax

By: *F. Denise Rios*
　　　E. Burke Huber, Jr.
　　　State Bar No. 10144696
　　　F. Denise Rios
　　　State Bar No. 24027660

ATTORNEYS FOR DEFENDANT
TRADE SECRET

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel for all parties by certified mail, return receipt requested on this *28th* day of July, 2003.

Reynaldo Garza, III
680 E. St. Charles, Suite 110
Brownsville, Texas 78520

*F. Denise Rios*
F. Denise Rios

# 13300_v1

3

# REYNALDO G. GARZA, III
## Attorney and Counselor at Law
680 E. St. Charles, Suite 110
Brownsville, Texas 78520
Tel. (956) 574-9502
Fax. (956) 574-9506

May 30, 2003



RECEIVED
JOE G. RIVERA
MAY 3 0 2003
CAMERON COUNTY
Time 4:48
By _____ Deputy
M. Medrano

Joe Rivera
Cameron County Clerk
Cameron County Court House
974 E. Harrison Street
Brownsville, Texas 78520

**RE:** **Cause No._____; VICTOR PEREZ vs. TRADE SECRET, CORP.;**
**In County Court At Law No. ___, Cameron County, Texas.**

Dear Mr. Rivera:

Enclosed for filing, please find the "Plaintiff's Original Petition" in the above referenced case. Please file-stamp one copy and return it to my office for handling. All counsel of record have been notified of this filing.

Should you have any questions or concerns, please do not hesitate to contact the office at the number listed above..

Respectfully,

Reynaldo G. Garza, III

518301



RGG/lg
Enclosure

A CERTIFIED COPY
Joe G. Rivera, County Clerk
Cameron County, Texas
Page 1 of 5



CAUSE NO. 2003-CCL-545-B

| | | |
|---|---|---|
| **VICTOR PEREZ** | § | **IN CAMERON COUNTY** |
| | § | |
| **V.** | § | **COURT AT LAW NO. 2** |
| | § | |
| **TRADE SECRET, CORP.** | § | **CAMERON COUNTY, TEXAS** |

FILED FOR RECORD
AT___O'CLOCK___M
MAY 30 2003
JOE G. RIVERA
CAMERON COUNTY CLERK
By_____ Deputy

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **VICTOR PEREZ**, hereinafter referred to as **PLAINTIFF**, complaining

of **TRADE SECRET, CORP.** hereinafter referred to as **DEFENDANT**, and for such cause

of action, would respectfully show unto the Court and the Jury as follows:

### A. DISCOVERY CONTROL PLAN

**PLAINTIFF** intends to conduct discovery under Level 2 of Texas Rule of Civil

Procedure 190.

### B. PARTIES

**PLAINTIFF, VICTOR PEREZ**, is an individual residing in Brownsville, Cameron

County, Texas.

**DEFENDANT, TRADE SECRET, CORP.**, is a corporation that may be served by

registered or certified mail, return receipt requested, by serving its registered agent for

service, National Registered Agents, Inc. 1614 Sidney Baker Street, Kerrville, Texas, 78028.

### C. JURISDICTION AND VENUE

The Cameron County Courts at law have jurisdiction over this cause of action

pursuant to the Texas constitution Article 5 §16, The Texas Civil Practice and Remedies

---

PLAINTIFF'S ORIGINAL PETITION

A CERTIFIED COPY
Joe G. Rivera, County Clerk
Cameron County, Texas
Page  2  of  5

PAGE 1

2003-CCL-0545R

Code §26.051. Venue is proper in Cameron County because the events made the basis of this suit occurred in substantial part or in whole in Cameron County.

D.  FACTS

**PLAINTIFF** was hired by **DEFENDANT** in July of 1999 as a beauty advisor at a Trade Secret salon located in the Mall Del Norte in Laredo, Texas. In June of 2001, **PLAINTIFF** was promoted to Manager of the Trade Secret salon located at Sunrise Mall in Brownsville, Texas and he was transferred to that location. **DEFENDANT** agreed to pay **PLAINTIFF** $1,500.00 per month salary.  In November 14, 2001, after two  and a half years from his initial employment  and after helping with the organization and establishment of the newly opened salon in Brownsville, **PLAINTIFF** was fired. Sharlotte Kaigler, a newly appointed Area Supervisor, stated shortly before firing him that she did not trust men.  Shortly thereafter, **DEFENDANT** promoted a female employee  to the position occupied by  **PLAINTIFF**. **PLAINTIFF** has filed his claim with the Equal Employment Opportunity Commission which has now given **PLAINTIFF** a right to sue letter. See Exhibit A.

E.  SEX DISCRIMINATION

**PLAINTIFF** is a male.  At the time **PLAINTIFF** was fired he was earning $1,500.00 per month.  **PLAINTIFF** was performing his job well,  however,  **DEFENDANT** fired him because of his sex, and promoted a female to replace him.  These actions by **DEFENDANT** constitute discrimination based on **PLAINTIFF'S** sex and are in  violation of the Texas Commission on Human rights Act, as amended, and Title VII of the Civil Rights Act of 1964,

PLAINTIFF'S ORIGINAL PETITION

as amended.

### F. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

**PLAINTIFF** will show that **DEFENDANT** acted intentionally or recklessly in firing him from his position. It is clear that **DEFENDANT'S** actions were extreme and outrageous since his actions resulted in **PLAINTIFF** not being able to work and support himself. All actions by **DEFENDANT** were directly against the **PLAINTIFF** and they caused him to suffer severe emotional distress.

### G. DAMAGES

As a direct and proximate result of **DEFENDANT'S** actions, **PLAINTIFF** has suffered the following damages:

A. Lost wages;

B. Loss of future wages;

C. Mental anguish in the past;

D. Mental anguish which is probable for the future;

E. Any other damages which **PLAINTIFF** can show himself entitled to receive.

F. Additionally, the actions of **DEFENDANT**, as set out above, were carried out and constituted such an entire want of care as to constitute a conscious indifference to the rights or welfare of **PLAINTIFF**. Because of spite, ill-will and malicious and fraudulent intent held by **DEFENDANT**, it committed certain acts calculated to cause injury and/or damage to **PLAINTIFF**. Accordingly, **DEFENDANT** acted with malice, actual malice and/or a specific intent to injure **PLAINTIFF**. **PLAINTIFF** is hereby entitled to recover

A CERTIFIED COPY
Joe G. Rivera, County Clerk
Cameron County, Texas
Page 4 of 5

exemplary or punitive damages to deter such cruel and undignified procedures by the **DEFENDANT** in the future. Accordingly, **PLAINTIFF** requests that punitive damages be awarded against **DEFENDANT** as a result of its violations of the law.

WHEREFORE, PREMISES CONSIDERED, **PLAINTIFF**, **VICTOR PEREZ**, prays that judgment be entered against **DEFENDANT**, **TRADE SECRET, CORP.,** for an amount not to exceed the jurisdictional limits of this Court, plus interest thereon at the legal rate, for pre-judgment and post-judgment interest as allowed by law, for costs of court, and for such other relief, general or specific, legal or equitable, to which **PLAINTIFF** may show himself justly entitled.

Respectfully submitted,


By: _____

Reynaldo G. Garza, III. (Trey)
ATTORNEY AT LAW
S.B.O.T.: 24008806
680 E. St. Charles, Suite 110
Brownsville, Texas 78520
(956) 574-9502 Tel.
(956) 574-9506 Fax.

State of Texas
County of Cameron
   I, Joe G. Rivera, County Clerk of Cameron County, Texas, do hereby certify that the foregoing is a true and correct copy of the original now on file, and/or recorded by me in the Civil 2003-001-545-B Records.

By _Lucila Cardonna_ _09-22-03_ Date
JOE G. RIVERA, County Clerk    Deputy

518 301

A CERTIFIED COPY
Joe G. Rivera, County Clerk
Cameron County, Texas
Page 5 of 5

PLAINTIFF'S ORIGINAL PETITION        PAGE 4

# CIVIL DOCKET

| DATE OF ORDERS | NAME OF PARTIES | ATTORNEYS | KIND OF ACTION |
|---|---|---|---|
| | VICTOR PEREZ | (00518301) REYNALDO G. GARZA, III (TREY) | (10) |
| | VS | | SUIT ON DISCRI |
| | TRADE SECRET, CORP. | | |

COURT'S DOCKETS

PAPERS FILED -

State of Texas,
County of Cameron

I, Joe G. Rivera, County Clerk of Ca
Texas, do hereby certify that the foregoing
correct copy of the original now on file a
by me in the _____
Records.

By _____

JOE G. RIVERA, County Clerk

A CERTIFIED C
Joe G. Rivera, County
Cameron County, Te
Page_____ of

RUN DATE 07/22/03
RUN TIME 11:43 AM

VICTOR PEREZ

VS

TRADE SECRET, CORP.

\* \* \* \* C L E R K ' S   E N T R I E S \* \* \* \*

(00518301) REYNALDO G. GARZA, III (TREY) (10)

SUIT ON DISCR.

06/02/03   ORIGINAL PET
06/02/03   CITATION: TR
06/02/03   SERVED:
06/02/03   ADVICECED OR
06/02/03   CERTIFIED M
06/02/03   CERTIFIED M
06/02/03   SHE WILL S
06/02/03   MAIL.CITATI
06/02/03   HAND DELIVE

State of Texas
County of Cameron
I, Joe G. Rivera, County Clerk o
Texas, do hereby certify that the fore
correct copy of the original now on
by me in the _____ 2023
Records.

By _____
JOE G. RIVERA, County C

A CERTIFI
Joe G. Rivera,
Cameron Co
Page

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VICTOR PEREZ | § | |
|     PLAINTIFF, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-03-130 |
| | § | |
| TRADE SECRET CORP. | § | |
| | § | |
|     DEFENDANT. | § | |

## LIST OF ALL COUNSEL OF RECORD

1.    Reynaldo G. Garza, III
    Attorney at Law
    SBT 24008806
    680 E. St. Charles, Suite 110
    Brownsville, Texas 78520
    (956 574-9502
    (956) 574-9506 FAX
    COUNSEL FOR PLAINTIFF VICTOR PEREZ

2.    E. Burke Huber, Jr.
    SBT 10144696
    F. Denise Rios
    SBT 24027660
    Holland & Knight, LLP
    Weston Centre, Suite 2700
    112 E. Pecan Street
    San Antonio, Texas 78205
    (210) 229-3000
    (210) 229-1194 FAX
    (210) 229-220-3084 Alternate Fax
    ATTORNEYS FOR DEFENDANT TRADE SECRET

# 13404_v1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

VICTOR PEREZ           §
       PLAINTIFF,       §
                        §
vs.                   §   CIVIL ACTION NO. **B-03-130**
                        §
TRADE SECRET CORP.     §
                        §
       DEFENDANT.      §

## INDEX OF MATTERS BEING FILED

1.    Civil Cover Sheet

2.    Notice of Removal w/ copies of state court record -
      "Exhibit A"
          a.    Letter to clerk from Reynald G. Garza, III dated May 30, 2003
          b.    Plaintiff's Original Petition
          c.    Civil Docket Sheet

3.    List of All Counsel of Record

4.    Index of Matters Being Filed

5.    Our Firm Check for $150.00 to cover filing fee for removal

6.    Notice of Filing of Notice of Removal to Cameron County, Texas Court

# 13402_v1