IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 4 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| VICTOR PEREZ | § | |
|     PLAINTIFF, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-03-130 |
| | § | |
| TRADE SECRET CORP. | § | |
| | § | |
|     DEFENDANT. | § | |

### NOTICE OF FINANCIALLY INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant Regis Corporation d/b/a Trade Secret Corp. and files this Notice of Financially Interested Parties pursuant to Paragraph 2 of the Order Setting Conference received on or about July 30, 2003. Defendant provides the Court with the following information:

1. Trade Secret is a wholly owned subsidiary of Regis Corporation.

2. The attorneys of record are Edmund Burke Huber, Jr. and Frances Denise Rios with Holland & Knight LLP.

Respectfully submitted,

Holland & Knight, LLP
Weston Centre, Suite 2700
112 East Pecan Street
San Antonio, Texas 78205
(210) 229-3000
(210) 229-1194 FAX
(210) 220-3084 Alternate Fax

By: _____
    E. Burke Huber, Jr.
    State Bar No. 10144696

F. Denise Rios
State Bar No. 24027660

ATTORNEYS FOR DEFENDANT
TRADE SECRET

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel for all parties by certified mail, return receipt requested on this 1ST day of August, 2003.

Reynaldo Garza, III
680 E. St. Charles, Suite 110
Brownsville, Texas 78520

_____
E. Burke Huber, Jr.

# 13646_v1