IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHER DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 4 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| VICTOR PEREZ,<br>Plaintiff | §<br>§<br>§ |
| VS. | §<br>§ |
| TRADE SECRET CORP.,<br>Defendant | §<br>§<br>§<br>§ |

CIVIL ACTION NO. B-03-130

## NOTICE OF FINANCIALLY INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiff Victor Perez and files this Notice of Financially Interested Parties pursuant to Paragraph 2 of the Order Setting Conference received on or about July 30, 2003. Plaintiff provides the Court with the following information:

1. Victor Perez - Plaintiff
2. The Plaintiff's attorney of record is Reynaldo G. Garza, III, ATTORNEY AT LAW
3. Trade Secret, a wholly owned subsidiary of Regis Corporation.
4. The Defendant's attorneys of record are Edmund Burke Huber, Jr. and Francese Denese Rios with Holland & Knight, L.L.P.

Respectfully Submitted,

Reynaldo G. Garza, III
ATTORNEY AT LAW
680 E. St. Charles, Ste. 110
Brownsville, Texas 78520
Telephone No.: (956) 574-9502
Fax No.: (956) 574-9506

By: _____
Reynaldo G. Garza, III

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a complete copy of the foregoing document, **PLAINTIFF'S NOTICE OF FINANCIALLY INTERESTED PARTIES**, was forwarded to the following in accordance with the Federal Rules of Criminal Procedure on this **13TH** day of **August**, 2003.

E. Burke Huber, Jr.  
F. Denise Rios  
HOLLAND & KNIGHT, L.L.P.  
Weston Centre, Suit 2700  
112 East Pecan Street  
San Antonio, Texas 78205

CMRRR: 7003-0500-0003-2609-3626

_____  
REYNALDO G. GARZA, III