IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 7 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| VICTOR PEREZ § | |
| PLAINTIFF, § | |
| § | |
| vs. § | CIVIL ACTION NO. B-03-130 |
| § | |
| TRADE SECRET CORP. § | |
| § | |
| DEFENDANT. § | |

### DEFENDANT'S ADVISORY TO THE COURT

COMES NOW, Trade Secret Corporation ("Trade Secret"), Defendant in the above-styled and numbered cause and files this its Advisory to the Court and respectfully shows the Court as follows:

### I. BACKGROUND

Plaintiff initiated a lawsuit against Trade Secret in State Court alleging sex discrimination in violation of the Texas Commission on Human Rights Act and Title VII of the Civil Rights Act of 1964, as amended, on May 30, 2003. Defendants subsequently timely removed the litigation to Federal Court and filed its Original Answer and Affirmative Defenses on August 1, 2003.

On September 22, 2003, Defendant's Motion for Summary Judgment was filed with this Court. Defendant's Summary Judgment specifically relates to this Court's lack of jurisdiction because Plaintiff's claims are barred by limitations.

### II. CONCLUSION

Plaintiff has failed to timely file a response in accordance with LR-7.3 and LR-7.4. The certificate of service on Defendant's Motion for Summary Judgment

indicates that it was mailed via certified mail to Reynaldo Garza, III, on **September 19, 2003**. A response was due to be filed with the Court no later than **October 13, 2003**. Contemporaneous with the filing of this Motion, the Defendant has confirmed with the District Clerk that a response has not been filed. In accordance with LR-7.4 "[f]ailure to respond will be taken as a representation of no opposition." Therefore, Defendant requests that the Court grant its Motion for Summary Judgment as unopposed.

Respectfully submitted,

Holland & Knight, LLP
Weston Centre, Suite 2700
112 East Pecan Street
San Antonio, Texas 78205
(210) 229-3000
(210) 229-1194 FAX

By: _____
E. Burke Huber, Jr.
State Bar No. 10144696
F. Denise Rios
State Bar No. 24027660

ATTORNEYS FOR DEFENDANT
TRADE SECRET

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel for all parties by certified mail, return receipt requested on this 16th day of October, 2003.

Reynaldo G. Garza, III
Law Office of Ernesto Gamez, J.R., P.C.
777 E. Harrison Street
Brownsville, Texas 78520

_____
E. Burke Huber, Jr.