UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| VICTOR PEREZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-130 |
| | § | |
| TRADE SECRET CORP. | § | |

## JUDGMENT

On the 22nd day of September, 2003, the defendant (Trade Secret Corp.) filed its Motion for Summary Judgment. Local Rules 7.3 and 7.4 of the Southern District of Texas state that a motion will be submitted to the judge twenty days after filing (October 12, 2003 in this case) and that the failure to respond will be taken "<u>as a representation of no opposition</u>." Rule 7.4(a) plainly states that such responses must be filed by the submission date (or in this case at least by October 14, 2003, the 12th having been a Sunday and the 13th having been a holiday).

No response to the motion by the defendant was filed by October 14, 2003. Indeed, no response to the motion has ever been filed. In fact, on October 17, 2003, the defendant filed an "Advisory to the Court" pointing out the very fact that no response had been filed and asking that their motion be granted. No response was made to the Advisory and still no response has been made to the pending summary judgment motion. Consequently, the motion for summary judgment is unopposed and is hereby granted.

All costs of court are assessed against the plaintiff.

Signed this 4th day of November, 2003.

_____
Andrew S. Hanen
United States District Judge